**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CRIMINAL DOCKET NO.: 5:02CR5-V**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| PERRY WAYNE LACKEY, ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's *Pro Se* Motion For Early Termination Of Supervised Release, filed July 14, 2010. (Document #263) The Government did not submit a response to Defendant's motion.

On May 5, 2003 , Defendant was sentenced to sixty-three (63) months imprisonment for violating 21 U.S.C. § 846. Defendant has since completed his active sentence, and is currently serving a four-year term of supervised release.

Defendant requests that his supervised release be terminated as successfully completed pursuant to 18 U.S.C. §3583(e). As of January 2011, Defendant has been on supervised release for three (3) years without incident. Defendant's supervising probation officer, Gregg Henderson, advises that Defendant reports for visits as directed, that Defendant has satisfied his financial obligations, that Defendant is employed and has been permitted to engage in work-related travel out of district without difficulty, that all of Defendant's urinalysis tests have been negative, and that NCIC (as well as state and local records) confirms Defendant has not had any new arrests. Therefore, the Court, in its discretion, will authorize early termination of supervision.

**IT IS, THEREFORE, ORDERED THAT:**

1) Defendant's Motion To Terminate Supervised Release is hereby **GRANTED**; and

2) The Deputy Clerk shall forward a copy of this Order to the Defendant, Defense Counsel, U.S. Attorney's Office, and U.S. Probation.

Signed: January 18, 2011

Richard L. Voorhees
United States District Judge